730 A.2d 854

IN THE MATTER OF SHARON HALL, AN ATTORNEY AT LAW.

June 24, 1999.

## O R D E R

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11 recommending that **SHARON HALL** of **SOUTH ORANGE** who was admitted to the

bar of this State in 1995, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **SHARON HALL** is temporarily suspended from the practice of law, effective immediately, pending disposition of the ethics matters pending against her and until further Order of this Court; and it is further

ORDERED that prior to the filing of an application for reinstatement to practice, respondent shall submit the report of a mental health professional approved by the Office of Attorney Ethics attesting to her fitness to practice law; and it is further

ORDERED that if appropriate proceedings in respect of disability inactive status pursuant to *Rule* 1:20–12 may be instituted; and it is further

ORDERED that **SHARON HALL** be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20 dealing with suspended attorneys.